UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSE JOAQUIN RAMIREZ,

                Plaintiff,

-against-                                   18 **CIVIL** 3486 (VEC)

## JUDGMENT

OFFICER LEWIS (Individual Capacity) (Badge #10537 or 10735); NEW YORK CITY DEPARTMENT OF CORRECTIONS; CITY OF NEW YORK,

                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 19, 2020, the Court Adopts the Report in part, Defendants' motion to dismiss the Second Amended Complaint is granted without leave to amend, and this case is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         March 19, 2020

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                          **Clerk of Court**

**BY:**
                                                         _____
                                                          **Deputy Clerk**